BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>OREST SHAYNYUK,<br><br>       Defendant. | CASE NO. 2:13-MJ-00207 KJN<br><br><br>**STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER** |

Plaintiff United States of America, by and through its attorneys of record, and defendant Orest Shaynyuk, by and through his counsel of record, hereby stipulate as follows:

1.     The discovery in this case is voluminous, and portions of the discovery contain personal information including, but not limited to victims' names or other information that makes their identity readily apparent, residential addresses, social security numbers, telephone numbers, and email addresses (hereinafter "Protected Information").

2.     In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than the defendant, the defendant's spouse, counsel's staff, investigator(s), or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) hired by counsel as an independent contractor to work exclusively on this case, (3) licensed as an investigator, or (4) retained as an expert. The defendant, the defendant's spouse, and defense counsel's staff, contractor(s), investigator(s), and expert(s) shall not give documents that contain Protected Information (or copies of such documents) to any person. Copies of documents in which Protected Information has been redacted may be given to outside parties. In addition, all filings in which Protected Information is contained shall be made in accordance with Federal Rule of Criminal Procedure 49.1.

///
///
///
///
///
///
///
///
///
///

6. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

IT IS SO STIPULATED.

Dated: July 19, 2013                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                By:     */s/ Kyle Reardon*
                                        KYLE REARDON
                                        Assistant U.S. Attorney


Dated: July 19, 2013

                                        */s/ Kyle Reardon* for
                                        KYLE KNAPP
                                        Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:13-MJ-00207 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] PROTECTIVE ORDER** |
| | ) | |
| OREST SHAYNYUK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

      Pursuant to the stipulation of the parties, the proposed protective order is APPROVED AND SO ORDERED.

Dated:  July 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE